UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

TRINALE HILL

Honorable Douglas E. Arpert

Crim. No. ~~03-363 (GEB)~~ JAP 04-503 (JAP)

**DETENTION ORDER**

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant United States Attorney, appearing), in the presence of _Andrea Bergman, Esq._, Assistant Federal Public Defender, attorney for defendant Trinale Hill, for an order pursuant to Title 18, United States Code, Section 3143(a)(1) and Federal Rule of Criminal Procedure 32.1(a)(6) to detain defendant Hill without bail pending a violation of supervised release hearing in the above-entitled matter:

IT IS, therefore, on this _1st_ day of July 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a)(1) and Federal Rule of Criminal Procedure 32.1(a)(6), that defendant Hill be committed to the custody of the Attorney General or his authorized representative pending a violation of supervised release hearing in the above-entitled matter; and it is further

ORDERED, that defendant Hill be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Hill shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Hill

without bail pending a violation of supervised release hearing in the above-entitled matter is hereby granted, and defendant Hill is hereby ordered detained pending a violation of supervised release hearing in the above-entitled matter, but defendant Hill shall have leave of the Court to present a suitable bail package on short notice.

HONORABLE LOIS GOODMAN
United States Magistrate Judge
DOUGLAS E. ARPERT